**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHNNY RODRIGUEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:24-CV-00474 |
| | § | |
| | § | |
| **FIRST ADVANTAGE BACKGROUND** | § | |
| **SERVICES CORP. d/b/a PREMIERE** | § | |
| **ADVANTAGE** | § | |
| | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT
FIRST ADVANTAGE BACKGROUND SERVICES CORP. d/b/a PREMIERE
ADVANTAGE**

Plaintiff, JOHNNY RODRIGUEZ by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant First Advantage Background Services Corp. d/b/a Premiere Advantage have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED:  February 24, 2025                    Respectfully Submitted,

        **JAFFER & ASSOCIATES PLLC**

        */s/ Heather Hersh*
        **Heather Hersh**
        TX Bar No. 24025426

Shawn Jaffer
TX Bar No. 24107817
5301 Alpha Rd., Suite 80 -5
Dallas, Texas 75240
Phone: (214) 945-0000
Email: wdtx@jaffer.law
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been forwarded on February 24, 2025, to all parties in this matter in a manner approved by the rules.

*/s/ Heather Hersh*

**Heather Hersh**

*Attorney for Plaintiff*