# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHNNY RODRIGUEZ, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. 5:24-cv-00474 |
| v. | § | |
| | § | |
| FIRST ADVANTAGE BACKGROUND | § | |
| SERVICES CORP., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Johnny Rodriguez and Defendant First Advantage Background Services Corp., pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice, with both parties to bear their own attorney's fees, costs and expenses.

**Dated:** April 11, 2025.                                Respectfully submitted,

**JAFFER & ASSOCIATES, PLLC**               **ARNALL GOLDEN GREGORY LLP**

/s/ *Heather Hersh*                                        /s/ *Natalie L. Cascario*
**Heather Hersh**                                          Henry R. Chalmers
State Bar No. 24025426                                *Pro Hac Vice*
5301 Alpha Rd., Ste. 80-5                          Georgia Bar No. 118715
Dallas, Texas 75240                                    Email: henry.chalmers@agg.com
Tel: (469) 589-5605                                     Natalie L. Cascario
Fax: (469) 669-0786                                    *Pro Hac Vice*
Email:         heather@jaffer.law               Georgia Bar No. 634589
***Attorneys for Plaintiff***                          Email: natalie.cascario@agg.com
                                                                    171 17th Street NW, Suite 2100
                                                                    Atlanta, GA 30363
                                                                    Telephone No. 404/873-8646
                                                                    Telecopier No. 404/873-8647

                                                                    **GONZALEZ CHISCANO ANGULO & KASSON, P.C.**
                                                                    Henry B. Gonzalez III
                                                                    Federal Bar No. 00794952

4914-3384-6069.v1

State Bar No. 0079492
Email: hbg@gcaklaw.com
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Telephone No. 210/569-8489
Telecopier No. 210/569-8490

*Counsel for Defendant First Advantage
Background Services Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2025, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to all parties of

record in a manner approved by the Federal Rules of Civil Procedure.

/s/ *Heather Hersh*
**Heather Hersh**

4914-3384-6069.v1